```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

PAUL GENE ROCKWOOD,            :
                               :
        Petitioner             :   No. 1:16-CV-00332
                               :
    vs.                        :   (Judge Kane)
                               :
KATHY P. LANE,                 :
                               :
        Respondent             :

                              ORDER

**AND NOW, THEREFORE**, this 28th day of April 2017, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Rockwood's petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court shall close this case.

                                    s/ Yvette Kane
                                    Yvette Kane, District Judge
                                    United States District Court
                                    Middle District of Pennsylvania